# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2016

## NO. 03-16-00077-CV

**Phil Wilson, in his official capacity as general manager of the Lower Colorado River Authority; and Timothy Timmerman; Thomas Michael Martine; J. Scott Arbuckle; Steve K. Balas; Lori A. Berger; Joseph M. Crane; Pamela Jo Ellison; John M. Franklin; Raymond A. Gill, Jr.; Charles B. Johnson; Sandra Wright Kibby; Robert Lewis; George W. Russell; Franklin Scott Spears, Jr.; and Martha Leigh M. Whitten; in their official capacities as members of the board of directors of the Lower Colorado River Authority, Appellants**

**v.**

**New Braunfels Utilities, Appellee**

---

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the interlocutory order signed by the trial court on January 22, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.